IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHANIE MOORE**                                                    **PLAINTIFF`**

**V.**                         **CASE NO. 4:10CV00262 JMM**

**HOBBY LOBBY STORES, INC.**                                 **DEFENDANT**

**ORDER**

Plaintiff's Motion to Dismiss with prejudice is granted (#12).[1]  As part of her relief, Plaintiff moved for denial and dismissal of Defendant's motion.  The record reflects that there is no pending motion filed by Defendant.

IT IS SO ORDERED THIS __5__ day of __March__, 2012.

_____
James M. Moody
United States District Judge

---

[1]This case was administratively terminated on July 29, 2010, with the provision that upon completion of arbitration, the parties would have 60 days to reopen the proceedings for good cause shown or if no such motion was filed, the July 29, 2010 Order would be deemed a dismissal with prejudice of all claims made in this case.  Plaintiff has not informed the Court regarding the status of arbitration, thus the Court will dismiss the case with prejudice.